SPENCER H. GUNNERSON, ESQ.
Nevada Bar No. 8810
s.gunnerson@kempjones.com
NATHANAEL R. RULIS, ESQ.
Nevada Bar No. 11259
n.rulis@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169
Ph.: (702) 385-6000
Fax: (702) 385-6001
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHER WESTERN CONTRACTORS, LLC a Delaware foreign limited-liability company<br><br>Plaintiff,<br><br>vs.<br><br>THE ERECTION COMPANY, INC., a Washington Corporation<br><br>and<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Defendants. | Case No: 2:17-cv-03032-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS THE ERECTION COMPANY, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** |

Pursuant to L.R. 7-1, Plaintiff Archer Western Contractors, LLC ("AWC") and Defendants The Erection Company ("TEC), and Travelers Casualty & Surety Company of America (Bond No. 105707041) ("Travelers-TEC") by and through their respective undersigned counsel, hereby file this joint stipulation and proposed order for dismissal of all AWC's claims against TEC and Travelers-TEC, with prejudice, subject only to the limitations set forth in the Settlement Agreement.

-1-

## STIPULATION

1. On February 17, 2022, AWC, TEC, and Travelers- TEC memorialized the terms of a settlement in a written Settlement Agreement (the "Settlement Agreement").

2. AWC, TEC, and Travelers- TEC move to dismiss TEC and Travelers-TEC from this case and the claims and counts among AWC, TEC, and Travelers-TEC with prejudice as AWC, TEC, and Travelers-TEC have resolved all disputes among them related to the facts or circumstances pleaded by AWC, TEC, and Travelers-TEC in this action.

3. AWC, on one hand, and TEC and Travelers-TEC, on the other hand, shall each bear their own costs and attorney's fees.

4. This Stipulation and Order for Dismissal with Prejudice applies entirely to all claims and counts by, between, or among AWC, TEC, and Travelers-TEC.

5. Upon entry of this Stipulation and Order, this entire Case No. 2:17-cv-03032-GMN-DJA is hereby dismissed with prejudice.

/ / /

/ / /

/ / /

In light of the foregoing, it is hereby stipulated and agreed that all of AWC's claims asserted against TEC and Travelers-TEC are hereby dismissed with prejudice, subject only to the limitations set forth in the Settlement Agreement, with each side to bear its own costs and fees.

Respectfully submitted,

DATED this __24th__ day of February, 2022.

KEMP JONES, LLP

By:*/s/ Nathanael R. Rulis*
Spencer H. Gunnerson, Esq.
Nathanael R. Rulis, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for The Erection Company, Inc. and Travelers Casualty & Surety Company of America*

DATED this __24th__ day of February, 2022.

LAW OFFICES OF HAYES & WELSH

By:*/s/ Martin L. Welsh*
Martin L. Welsh, Esq.
199 N. Arroyo Grande Boulevard, Suite 200
Henderson, Nevada 89014
*Attorneys for Archer Western Contractors, LLC*

KRAFTSON CAUDLE

By:*/s/ Jonathan J. Straw*
Larry W. Caudle, Jr., Esq.
Jonathan J. Straw, Esq.
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
*Attorneys for Archer Western Contractors, LLC*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __28__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT